

**SO ORDERED.**

**SIGNED this 25th day of January, 2018.**

*/s/ Catharine R Aron*
_____
UNITED STATES BANKRUPTCY JUDGE

---

C-13-7a
(Rev. 03/16)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: ) | **ORDER CONFIRMING PLAN** |
| ) | **CHAPTER 13** |
| ) | |
| Sellars, Kendrick Eugene   xxx-xx-4353 ) | |
| 2715 Berkley Road ) | Case No. 17-11266 C-13G |
| Burlington, NC 27217 ) | |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |

    This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**   The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**   The attorney for the Debtor is John T. Orcutt;

**III.**   Under the final plan (the "Plan") as proposed:

    **A.**   **Plan Payments**

        1.   The Debtor is to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.   The monthly plan payment to the Trustee is $114.00 beginning December 9, 2017, increasing to $220.00 per month effective January 2018;

    **B.**   **Administrative Costs**

        1.   **Attorney Fees.** The Attorney for the Debtor is allowed the base fee of $4,500.00. The Attorney has received no fee from the Debtor pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

C. **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1. Internal Revenue Service     - $1,535.53
2. N C Department of Revenue
3. Alamance County Tax

D. **Secured Claims**

1. **Partially Secured Claims - Real Property and Personal Property.**

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| **ONEMAIN FINANCIAL OF AMERICA, INC. (2005 Ford: 1/4/17)** | Y | $8,564.87 | $5,242.50 | $105.00 | 6.25% | |

2. **Property To Be Released.**

*Upon timely filing of a claim documenting a non-preferential perfected lien the following property is released for liquidation and the creditor is allowed 180 days (for real property) and 120 days (for personal property) from the date of entry of this Order to file a documented deficiency claim after liquidating the property. The automatic stay and co-debtor stay, if applicable, are lifted as to the property released. The requirements of Rule 3002.1 are terminated.*

| Creditor | Property to be Released | Claim filed (Y/N) |
|---|---|---|
| ***GATEWAY ONE LENDING & FINANCE, LLC** | 2016 Dodge | N |

**\*Relief is also granted as to the co-debtor stay of 11 U.S.C. §1301 upon a timely claim being filed documenting a non-preferential perfected lien against the property identified above.**

E. **General Unsecured Claims Not Separately Classified**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is 0%.

F. The Debtor will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, or a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments.

- 3 -

**G.** The terms and provisions of the Amended Standing Order dated March 11, 2016, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov**.

**H.** **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-11266 C-13G

```
ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720
```